UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FRANCISCO MENDOZA-GOMEZ,

      Petitioner,

  v.

SCOTT SPEER,

      Respondent.

Case No. C25-200-TMC

ORDER DISMISSING ACTION

The Court, having reviewed Petitioner's petition for writ of habeas corpus, the Report and Recommendation of Michelle L. Peterson, United States Magistrate Judge, and the remaining record, hereby finds and ORDERS:

 (1) The Report and Recommendation is approved and adopted.

 (2) This action is DISMISSED for failure to prosecute.

 (3) Petitioner's application for leave to proceed *in forma pauperis* (dkt. # 1) is STRICKEN as moot.

 (4) The Clerk is directed to send copies of this Order to Petitioner and to the Honorable Michelle L. Peterson.

ORDER DISMISSING ACTION
PAGE - 1

DATED this 21st day of April, 2025.

_____
TIFFANY M. CARTWRIGHT
United States District Judge